UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLES RAY CATHY, | No. 2:15-cv-1646 MCE AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| E. MOLTZEN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee, and has twice attempted to obtain waivers of service of process from each of the four defendants (B. Johnson, D. Leavitt, E. Moltzen and S. Williamson). The court previously informed plaintiff that if his demonstrated efforts to serve defendants were unsuccessful, he could request the assistance of the court and the United States Marshal. See ECF Nos. 17, 22, 25. Plaintiff has now filed a supported motion for the assistance of the court and the United States Marshal to serve process on defendants. See ECF No. 26.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff four USM-285 forms, one summons, an instruction sheet, and a copy of the endorsed original complaint (ECF No. 1).

////

////

2. Within thirty days after the filing date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant; and

    d. Five copies of the endorsed original complaint (ECF No. 1).

3. Upon receipt of these documents, the court will direct the United States Marshal to serve defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

DATED: September 6, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY CATHY,<br><br>          Plaintiff,<br><br>   v.<br><br>E. MOLTZEN, et al.,<br><br>          Defendants. | No. 2:15-cv-1646 MCE AC P<br><br><br>NOTICE OF SUBMISSION |

Plaintiff submits the following documents in compliance with the court's order filed
_____:

    \_\_\_\_      One completed summons form

    \_\_\_\_      Four completed USM-285 forms

    \_\_\_\_      Five copies of the original endorsed complaint (ECF No. 1).

_____      _____
Date                                                 Plaintiff