UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY CATHY, | No. 2:15-cv-1646 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| E. MOLTZEN, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extended time to submit information for the United States Marshal to serve process on defendants. Plaintiff is informed that the information was timely received by the court, and the Marshal has been directed to serve process. A copy of the court's order reflecting these matters is attached hereto.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extended time, ECF No. 31, is denied as moot; and

2. The Clerk of Court is directed to send plaintiff, together with a copy of this order, a copy of the court's order filed September 25, 2017 (ECF No. 29).

DATED: October 5, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE