UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLES RAY CATHY, | No. 2:15-cv-1646 MCE AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| E. MOLTZEN, et al., | |
| Defendants. | |

Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.[1] ECF No. 33. Plaintiff informs the court that he "has resolved this case in its entirety." Id. at 1. Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice; and

2. The Clerk of Court is directed to close this case.

DATED: November 17, 2017.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) authorizes a plaintiff to dismiss an action without court order "before the opposing party serves either an answer or a motion for summary judgment." This condition has been met in the instant case, as none of the four defendants have appeared in this action. Rather, following this court's order directing the United States Marshal to serve defendants, attorney Sarah Brattin, with the Office of the California Attorney General, specially appeared in this action for the purpose of filing plaintiff's Notice.